IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore

IN RE:

HOSEA ANDERSON

Debtor

Case No. 08-13543-JS
Chapter 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION TO CONVERT CHAPTER 13 TO CHAPTER 7

Comes now the Debtor , by counsel,  and files this Motion To Convert Chapter 13 to Chapter 7 .

/s/ Steven E. Mirsky

_____

Steven E. Mirsky
Attorney For Debtor
401 N. Washington St, Suite 550
Rockville, Maryland 20850
301-279-8700
sem@lawyer.com

Certificate of Service

I hereby certify that a copy of the foregoing Motion To Convert Chapter 13 to Chapter 7 was sent via ECF  to Ellen W. Cosby, Chapter 13 Trustee this 29th day of January , 2009.

/s/ Steven E. Mirsky

_____

Steven E. Mirsky

Case 08-13543    Doc 54    Filed 01/29/09    Page 2 of 2