B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re **Hosea Anderson**  
Debtor

Case No. **08-13543**  
Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Creditor's Name:** Saxon Mortgage Services | **Describe Property Securing Debt:** 6534 Frietchie Row, Columbia, MD 21045 |
|---|---|

Property will be *(check one)*:  
☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:  
☐ Claimed as exempt    ☑ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Saxon Mortgage Services | **Describe Property Securing Debt:** 6534 Frietchie Row, Columbia, MD 21045 |
|---|---|

Property will be *(check one)*:  
☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:  
☐ Claimed as exempt    ☑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

B 8 (Official Form 8) (12/08)                                                             Page 2

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES    ❏ NO |

   _0_   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **4/30/2009**                                               **s/ Hosea Anderson**
                                                                            **Hosea Anderson**
                                                                            Signature of Debtor